UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

R. ALEXANDER ACOSTA,  
    Plaintiff,

Case No. 1:17-cv-630  
Dlott, J.  
Litkovitz, M.J.

vs.

DARRELL L. STAPLETON, et al.,  
    Defendants.

**ORDER**

This matter is before the Court following an informal discovery conference held on April 18, 2018 in which the parties discussed defendants' proposed draft protective order. The issues raised by the parties are resolved as follows:

1. The parties shall propound their discovery requests and discuss the documents and other information viewed as confidential.

2. The parties shall request another informal discovery conference with the Court to the extent any outstanding discovery disputes remain.

**IT IS SO ORDERED.**

Date: 4/19/18

Karen L. Litkovitz  
United States Magistrate Judge